# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146256(51)(52)(53)

LEJUAN RAMBIN,
            Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
            Defendant/Cross-Defendant/
            Third Party Defendant-Appellant,
and

TITAN INSURANCE COMPANY,
            Defendant/Cross-Plaintiff-
            Appellee,
and

AAA OF MICHIGAN,
            Third-Party Defendant.
_____/

SC: 146256
COA: 305422
Wayne CC: 10-009091-NF

On order of the Chief Justice, the motions of the parties to extend the times for filing their supplemental appeal briefs are GRANTED. The brief submitted by plaintiff-appellee on July 3, 2013, and the brief submitted by defendant-appellant on July 17, 2013 are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2013


Clerk